# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JACOB EDWARD STERLING, ) | |
| ) | |
| Petitioner, ) | Case No. 1:12-cv-86-SJM-SPB |
| ) | |
| v. ) | |
| ) | |
| JAMES J. McGRADY, SR., *et al.,* ) | |
| ) | |
| Respondents. ) | |

## **MEMORANDUM ORDER**

The instant petition for writ of habeas corpus was received by the Clerk of Court on February 16, 2012 and was referred to United States Magistrate Judge Susan Paradise Baxter for report and recommendation in accordance with the Magistrates Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrates.

The Report and Recommendation, filed on August 22, 2012 [12], recommends that the Respondents' motion to be dismiss be granted and that a certificate of appealability be denied.  The parties were allowed fourteen (14) days from the date of service in which to file objections.  Service was made on Petitioner by certified mail at his current address of record and on the Respondents.  No objections to the Report and Recommendation have been filed to date.

After de novo review of the petition and documents in the case, together with the Report and Recommendation, the following order is entered:

AND NOW, this 2nd Day of October, 2012;

IT IS ORDERED that the Respondents' motion to dismiss [11] shall be, and hereby is, GRANTED and the instant petition for habeas corpus relief shall be, and hereby is, DISMISSED. Inasmuch as reasonable jurists would not find it debatable whether the Petitioner has failed to make a substantial showing of the denial of a constitutional right, IT IS FURTHER ORDERED that no certificate of appealability shall issue.

The Report and Recommendation of Magistrate Judge Baxter, filed on August 22, 2012 [12], is adopted as the opinion of the Court.

                                 s/    Sean J. McLaughlin
                                      SEAN J. McLAUGHLIN
                                      United States District Judge

Cm:    All parties of record.
        U.S. Magistrate Judge Susan Paradise Baxter